## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHARISSE JUANITA FILUS       :
                                   :

v.                         :         No. 2:25-cv-03176

FIDELITY INVESTMENTS, INC.    :

### ORDER

**AND NOW**, this 7th  day of April, 2026, Plaintiff having failed to comply with this Court's Order, dated February 12, 2026, directing Plaintiff to obtain counsel, it is hereby **ORDERED** that Plaintiff's Amended Complaint is **DISMISSED** without prejudice.  This action may only be refiled by counsel.

**IT IS FURTHER ORDERED** that all subsequent filings, submitted after this Court's February 12, 2026 Order, are hereby **DISMISSED** as moot.  The Clerk of Court is directed to mark this matter closed.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.